IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DORIS W. CLARK | ) | |
| | ) | 1:04CV00788 |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of | ) | |
| Social Security | ) | ORDER |

FILED APR 25 2005 IN THIS OFFICE Clerk, U. S. District Court Greensboro, N. C.

Upon consideration of the plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412, and having been informed that the Commissioner of Social Security and Plaintiff have agreed to settle the EAJA claim in the above-referenced case for $1,790.00 in attorney fees and $19.20 in copying costs.

IT IS THEREFORE, ORDERED that the Plaintiff be granted attorney fees of $1,790.00 and copying costs of $19.20, which the Court finds to be reasonable.

United States District Judge

April 25, 2005

Consented to:

Sabrina Gicola
Attorney for Plaintiff

ANNA MILLS WAGONER
United States Attorney

John W. Stone, Jr.
Assistant U. S. Attorney